



## MEMORANDUM OPINION

No. 04-09-00732-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

David **ASH**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 339208
Honorable David J. Rodriguez, Judge Presiding

Opinion by:     Sandee Bryan Marion, Justice

Sitting:         Karen Angelini, Justice
                 Sandee Bryan Marion, Justice
                 Phylis J. Speedlin, Justice

Delivered and Filed:  July 27, 2011

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On February 9, 2011, this court issued an opinion affirming the trial court's judgment in part conditioned on remittitur. On March 21, 2011, appellant filed a motion for rehearing and a motion for en banc reconsideration. The parties later asked this court to abate all proceedings in the appeal pending settlement negotiations. On July 5, 2011, the parties filed a joint motion to dismiss the appeal, remand the cause to the trial court, withdraw our opinion, and

contemporaneously issue mandate.  The motions for rehearing and reconsideration are dismissed as moot.  The joint motion to dismiss is granted.

This court's opinion and judgment dated February 9, 2011 are hereby withdrawn.  The trial court's judgment is hereby set aside without regard to the merits and the cause is remanded to the trial court for rendition of judgment in accordance with the parties' agreement.  TEX. R. APP. P. 42.1(a)(2)(B).  Mandate shall issue contemporaneously.  TEX. R. APP. P. 18.1(c).


Sandee Bryan Marion, Justice